# DOCUMENT SUBMITTED UNDER SEAL

# Exhibit A