| | |
|---|---|
| Gregory L. Lippetz (Bar No. 154228) | James M. Chadwick (Bar No. 157114) |
| glippetz@jonesday.com | jchadwick@sheppardmullin.com |
| Laurie M. Charrington (Bar No. 229679) | Darren M. Franklin (Bar No. 210939) |
| lmcharrington@jonesday.com | dfranklin@sheppardmullin.com |
| JONES DAY | Nathaniel Bruno (Bar No. 228118) |
| 1755 Embarcadero Road | nbruno@sheppardmullin.com |
| Palo Alto, CA  94303 | Tenaya M. Rodewald (Bar No. 248563) |
| Telephone:   650-739-3939 | trodewald@sheppardmullin.com |
| Facsimile:    650-739-3900 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| Daniel T. Conrad (Bar No. 24026608) | 390 Lytton Avenue |
| (*Pro Hac Vice*) | Palo Alto, CA  94301 |
| dtconrad@jonesday.com | Telephone:   650-815-2600 |
| JONES DAY | Facsimile:    650-815-2601 |
| 2727 N. Hardwood Street | |
| Dallas, TX  75201 | Attorneys for Plaintiff LOTES CO., LTD. |
| Telephone:   214-220-3939 | |
| Facsimile:    214-969-5100 | |

Arthur P. Licygiewicz (Bar No. 0068458)
(*Pro Hac Vice*)
aplicygiewicz@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
Telephone:   216-586-3939
Facsimile:    216-579-0212

Attorneys for Defendants
HON HAI PRECISION INDUSTRY CO.,
LTD. and FOXCONN ELECTRONICS,
INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOTES CO., LTD., a Taiwan Corporation, | Case No. 5:11-CV-01036 JSW |
| Plaintiff, | **STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE** |
| v. | |
| HON HAI PRECISION INDUSTRY CO., LTD., a Taiwan Corporation, and FOXCONN ELECTRONICS, INC., a California Corporation, | Date:      January 6, 2012<br>Time:      9:00 a.m.<br>Judge:    Hon. Jeffrey S. White |
| Defendants. | |

Pursuant to Civil Local Rule 6-2, Plaintiff Lotes Co., Ltd ("Plaintiff") and Defendants Hon Hai Precision Industry Co. Ltd. and Foxconn Electronics, Inc. ("Defendants") jointly submit this stipulated request for an extension of time to file and serve their opposition and reply briefs regarding Plaintiff's Motion for Partial Stay and Setting of Hearing Schedule for Partial Summary Judgment Motions (Dkt. 59).

The parties have agreed to extend the dates for Defendants' opposition (currently due to be filed on October 24, 2011) and Plaintiff's reply (currently due on October 31, 2011). The parties' proposed revised briefing schedule is as follows:

November 7, 2011:   Deadline to file Opposition Brief

November 28, 2011:  Deadline to file Reply Brief

January 6, 2012:    Hearing

This extended briefing schedule would not affect the currently-noticed hearing date of January 6, 2012 and would have no other effect on the current case schedule.

This request for an extension is supported by the Declaration of Gregory L. Lippetz being filed concurrently herewith.

**IT IS SO STIPULATED.**

Dated:   October 21, 2011          JONES DAY

                                   By:   s/ Gregory L. Lippetz_____
                                         Gregory L. Lippetz

                                   Counsel for Defendants
                                   HON HAI PRECISION INDUSTRY
                                   CO. LTD., and FOXCONN
                                   ELECTRONICS, INC.

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:   October 21, 2011 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |

By:      /s/ James M. Chadwick
             James M. Chadwick

Counsel for Plaintiff
LOTES CO., LTD.

**IT IS SO ORDERED.**

DATED: October 24, 2011

By _Jeffrey S. White_
Hon. Jeffrey S. White
United States District Judge

SVI-98808v1

- 3 -

STIPULATED REQUEST TO MODIFY
BRIEFING SCHEDULE
CASE NO. 5:11-CV-01036 JSW