Gregory L. Lippetz (Bar No. 154228)
glippetz@jonesday.com
Laurie M. Charrington (Bar No. 229679)
lmcharrington@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:   650-739-3939
Facsimile:    650-739-3900

Daniel T. Conrad (Bar No. 24026608)
(*Pro Hac Vice*)
dtconrad@jonesday.com
JONES DAY
2727 N. Hardwood Street
Dallas, TX  75201
Telephone:   214-220-3939
Facsimile:    214-969-5100

Arthur P. Licygiewicz (Bar No. 0068458)
(*Pro Hac Vice*)
aplicygiewicz@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
Telephone:   216-586-3939
Facsimile:    216-579-0212

James Chadwick (Bar No. 157114)
jchadwick@sheppardmullin.com
Darren M. Franklin (Bar No. 210939)
dfranklin@sheppardmullin.com
Nathaniel Bruno (Bar No. 228118)
nbruno@sheppardmullin.com
Tenaya M. Rodewald (Bar No. 248563)
trodewald@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
390 Lytton Avenue
Palo Alto, CA  94301
Telephone:   650-815-2600
Facsimile:    650-2601

Attorneys for Defendants
HON HAI PRECISION INDUSTRY CO., LTD. and FOXCONN ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOTES CO., LTD., a Taiwan Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>HON HAI PRECISION INDUSTRY CO., LTD., a Taiwan Corporation, and FOXCONN ELECTRONICS, INC., a California Corporation,<br><br>          Defendants. | Case No. 5:11-CV-01036 JSW<br><br>**SECOND STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE**; ORDER AS MODIFIED<br><br>Date:    January 6, 2012<br>Time:   9:00 a.m.<br>Judge:  Hon. Jeffrey S. White |

1   Pursuant to Local Rule 6-2, Plaintiff Lotes Co. Ltd ("Plaintiff") and Defendants Hon Hai
2   Precision Industry Co. Ltd. And Foxconn Electronics, Inc. ("Defendants") jointly submit this
3   stipulated request for an extension of time to file and serve Defendants' opposition brief
4   regarding Plaintiff's Motion for Partial Stay and Setting of Hearing Schedule for Partial Summary
5   Judgment Motions.

6   The parties have agreed to extend the date for Defendants' opposition and for Plaintiff's
7   reply. The parties' proposed revised briefing schedule is as follows:

8       November 11, 2011    Deadline to file Opposition Brief
9       November 25 ~~December 2~~, 2011    Deadline to file Reply Brief
10      January 6, 2012    Hearing

11  This extended briefing schedule would not affect the currently noticed hearing date of
12  January 6, 2012 and would have no other effect on the current case schedule.

13  This request for an extension is supported by the Declaration of Gregory L. Lippetz being
14  filed concurrently herewith.

15  **IT IS SO STIPULATED.**

16  Dated: November 7, 2011    JONES DAY

18  By:   s/ Gregory L. Lippetz_____
      Gregory L. Lippetz

19  
20  Counsel for Defendants
    HON HAI PRECISION INDUSTRY
    CO. LTD., and FOXCONN
21  ELECTRONICS, INC.

23  In accordance with General Order No. 45, Section X(B), the above signatory attests that
24  concurrence in the filing of this document has been obtained from the signatory below.

- 2 -

SECOND STIPULATED REQUEST TO
MODIFY BRIEFING SCHEDULE
CASE NO. 5:11-CV-01036 JSW

1  Dated: November 7, 2011         SHEPPARD MULLIN RICHTER &
2                                  HAMPTON LLP
3                                  By:      /s/ James Chadwick
                                          James Chadwick
4
5                                  Counsel for Plaintiff
                                   LOTES CO. LTD.
6
7        **IT IS SO ORDERED,** AS MODIFIED ABOVE.
8
9  DATED: November 9, 2011         By _____
10                                      Hon. Jeffrey S. White
11
12
13
14
15
   SVI-99401v1
16

SECOND STIPULATED REQUEST TO
MODIFY BRIEFING SCHEDULE
- 3 -     CASE NO. 5:11-CV-01036 JSW