| | | |
|---|---|---|
| 1 | Gregory L. Lippetz (Bar No. 154228)<br>glippetz@jonesday.com | James Chadwick (Bar No. 157114)<br>jchadwick@sheppardmullin.com |
| 2 | Laurie M. Charrington (Bar No. 229679)<br>lmcharrington@jonesday.com | Darren M. Franklin (Bar No. 210939)<br>dfranklin@sheppardmullin.com |
| 3 | JONES DAY<br>1755 Embarcadero Road | Nathaniel Bruno (Bar No. 228118)<br>nbruno@sheppardmullin.com |
| 4 | Palo Alto, CA 94303<br>Telephone: 650-739-3939 | Tenaya M. Rodewald (Bar No. 248563)<br>trodewald@sheppardmullin.com |
| 5 | Facsimile: 650-739-3900 | SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP |
| 6 | Daniel T. Conrad (*Pro Hac Vice*)<br>dtconrad@jonesday.com | 390 Lytton Avenue<br>Palo Alto, CA 94301 |
| 7 | Nathaniel St. Clair (*Pro Hac Vice*)<br>nstclair@jonesday.com | Telephone: 650-815-2600<br>Facsimile: 650-2601 |
| 8 | JONES DAY<br>2727 N. Hardwood Street | |
| 9 | Dallas, TX 75201<br>Telephone: 214-220-3939 | |
| 10 | Facsimile: 214-969-5100 | |

Attorneys for Defendants
HON HAI PRECISION INDUSTRY CO.,
LTD. and FOXCONN ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOTES CO., LTD., a Taiwan Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HON HAI PRECISION INDUSTRY CO., LTD., a Taiwan Corporation, and FOXCONN ELECTRONICS, INC., a California Corporation,<br><br>　　　　　　Defendants. | Case No. 3:11-CV-01036 JSW<br><br>**STIPULATED REQUEST TO MODIFY DISCOVERY AND BRIEFING SCHEDULE, AND TO CHANGE HEARING DATE RELATED TO EARLY PARTIAL SUMMARY JUDGMENT MOTIONS** |

Pursuant to Local Rule 6-2, Plaintiff Lotes Co., Ltd ("Plaintiff") and Defendants Hon Hai Precision Industry Co., Ltd. and Foxconn Electronics, Inc. ("Defendants") jointly submit this stipulated request to modify the discovery and briefing schedule, and to change the hearing date set by the Court in its January 4, 2012 Order (ECF No. 73).

The parties have agreed to modify the discovery and briefing schedule and to reschedule the hearing date for the motions for partial summary judgment. The parties' proposed revised schedule is as follows:

| Event | Current Deadline | New Stipulated Deadline |
|---|---|---|
| Deadline to resolve discovery disputes/limited discovery period closes | --- | March 12, 2012 |
| Depositions Completed | March 5, 2012 | March 19, 2012 |
| Plaintiffs opening brief on Threshold Issues 1 and 2 | March 20, 2012 | April 3, 2012 |
| Foxconn's Opposition and Cross-Motion due | April 3, 2012 | April 17, 2012 |
| Lotes' Reply/Opposition to Cross-Motion brief due | April 17, 2012 | May 1, 2012 |
| Foxconn's Reply in Support of Cross-Motion due | April 24, 2012 | May 8, 2012 |
| Hearing on Threshold Issues | May 11, 2012 | May 25, 2012 |

The schedule for this case has not yet been set by the Court, and therefore this stipulated request, if granted, would have no effect other than to change the dates stipulated herein.

This request is supported by the Declaration of Laurie Charrington, filed concurrently herewith.

**IT IS SO STIPULATED.**

Dated: February 27, 2012                    JONES DAY

                                            By: ___/s/ Laurie M. Charrington_____
                                                  Laurie M. Charrington

                                            Counsel for Defendants
                                            HON HAI PRECISION INDUSTRY CO. LTD.,
                                            and FOXCONN ELECTRONICS, INC.

1 | In accordance with General Order No. 45, Section X(B), the above signatory attests that
2 | concurrence in the filing of this document has been obtained from the signatory below.

3 | Dated: February 27, 2012     SHEPPARD MULLIN RICHTER & HAMPTON LLP

By   /s/ James Chadwick
       James Chadwick

Counsel for Plaintiff
LOTES CO. LTD.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 2, 2012     By _/s/ Jeffrey S. White_
       Hon. Jeffrey S. White

SVI-99401