| | | |
|---|---|---|
| 1 | Gregory L. Lippetz (State Bar No. 154228)<br>glippetz@JonesDay.com | Edward V. Anderson (Bar No. 83148)<br>evanderson@sheppardmullin.com |
| 2 | Laurie M. Charrington (State Bar No. 229679)<br>lmcharrington@JonesDay.com | James Chadwick (Bar No. 157114)<br>jchadwick@sheppardmullin.com |
| 3 | JONES DAY | Darren M. Franklin (Bar No. 210939) |
| | 1755 Embarcadero Road | dfranklin@sheppardmullin.com |
| 4 | Palo Alto, CA  94303 | Nathaniel Bruno (Bar No. 228118) |
| | Telephone:  +1.650.739.3939 | nbruno@sheppardmullin.com |
| 5 | Facsimile:   +1.650.739.3900 | Tenaya M. Rodewald (Bar No. 248563)<br>trodewald@sheppardmullin.com |
| 6 | Daniel T. Conrad (*Pro Hac Vice*) | SHEPPARD MULLIN RICHTER & |
| | dtconrad@JonesDay.com | HAMPTON LLP |
| 7 | JONES DAY | 390 Lytton Avenue |
| | 2727 N. Hardwood Street | Palo Alto, CA 94301 |
| 8 | Dallas, TX  75201 | Telephone: 650-815-2600 |
| | Telephone:  +1.650.739.3939 | Facsimile: 650-815-2601 |
| 9 | Facsimile:   +1.650.739.3900 | |
| 10 | Attorneys for Defendants | Attorneys for Plaintiff |
| | HON HAI PRECISION INDUSTRY CO., | LOTES CO., LTD. |
| 11 | LTD. and FOXCONN ELECTRONICS, INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 16 | LOTES CO., LTD., | Case No. 3:11-cv-01036 JSW |
| 17 | Plaintiff and Counterclaim Defendant, | **STIPULATION FOR FILING OF AMENDED PLEADINGS, AND** |
| 18 | v. | [PROPOSED] **ORDER THEREON** |
| 19 | HON HAI PRECISION INDUSTRY CO.,<br>LTD., and FOXCONN ELECTRONICS, INC., | |
| 20 | | The Hon. Jeffrey S. White<br>United States District Judge |
| 21 | Defendants and Counterclaimants. | |

-1-

STIPULATION FOR FILING OF
AMENDED PLEADINGS, AND
[PROPOSED] ORDER THEREON

Pursuant to Civil Local Rule 7-12 and Federal Rule of Civil Procedure 15, Plaintiff Lotes Co. Ltd. ("Plaintiff") and Defendants Hon Hai Precision Industry Co., Ltd. and Foxconn Electronics, Inc. ("Defendants") (collectively "the Parties") hereby agree and stipulate, through their respective counsel of record, as follows:

1.  Events have transpired since the inception of this action that have given rise to the need for the Parties to amend their respective pleadings, as reflected in the proposed amended pleadings attached hereto.

2.  Plaintiff may file a Second Amended Complaint in substantially the same form as previously agreed upon by the parties and attached hereto as Exhibit 1 within ten (10) days of the date the Court enters an Order on this Stipulation. A copy of Plaintiff's proposed Second Amended Complaint, without its accompanying exhibits (which will not change), is attached hereto as Exhibit 1. A redlined document that compares Plaintiff's proposed Second Amended Complaint pleading to its First Amended Complaint is attached hereto as Exhibit 2.

3.  The parties further agree and stipulate that Exhibits A and B to Plaintiff's Second Amended Complaint – which are the same Exhibits A and B previously filed under seal at Docket Nos. 11-12, based on a prior sealing order of the Court (Docket No. 9) – may be filed under seal when Plaintiff files its Second Amended Complaint.

4.  The Parties further agree and stipulate that service of the Second Amended Complaint on Defendants through the Court's electronic case filing system (ECF) will satisfy the service requirements under the Federal Rules of Civil Procedure and Civil Local Rules.

5.  The Parties further agree and stipulate that Defendants may file a Second Amended Answer and Counterclaims in response to Plaintiff's Second Amended Complaint in substantially the same form as previously agreed upon by the parties and attached hereto as Exhibit 3. Defendants' Second Amended Answer and Counterclaims will be filed within the time permitted under the Federal Rules of Civil Procedure and Civil Local Rules following Plaintiff's filing of its Second Amended Complaint.

6. The Parties further agree and stipulate that Plaintiff may in turn file an answer in response to Defendants' Second Amended Counterclaims within the time permitted under the Federal Rules of Civil Procedure and Civil Local Rules.

IT IS SO STIPULATED.

Dated: May 24, 2013　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　By: /s/ Gregory L. Lippetz
　　　　　　　　　　　　　　　　　　　　Gregory L. Lippetz

　　　　　　　　　　　　　　　　　　1755 Embarcadero Road
　　　　　　　　　　　　　　　　　　Palo Alto, CA 94303
　　　　　　　　　　　　　　　　　　Telephone: 650-739-3939
　　　　　　　　　　　　　　　　　　Facsimile: 650-739-3900
　　　　　　　　　　　　　　　　　　glippetz@jonesday.com

　　　　　　　　　　　　　　　　　　Attorneys for Defendants/Counterclaimants
　　　　　　　　　　　　　　　　　　HON HAI PRECISION INDUSTRY CO., LTD. and
　　　　　　　　　　　　　　　　　　FOXCONN ELECTRONICS, INC.

Dated: May 24, 2013　　　　　　　　SHEPPARD MULLIN RICHTER & HAMPTON LLP
　　　　　　　　　　　　　　　　　　By: /s/ James M. Chadwick
　　　　　　　　　　　　　　　　　　　　James M. Chadwick

　　　　　　　　　　　　　　　　　　379 Lytton Avenue
　　　　　　　　　　　　　　　　　　Palo Alto, CA 94301-1432
　　　　　　　　　　　　　　　　　　Telephone: 650-815-2600
　　　　　　　　　　　　　　　　　　Facsimile: 650-815-2601
　　　　　　　　　　　　　　　　　　jchadwick@sheppardmullin.com

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff/Counterclaim Defendant
　　　　　　　　　　　　　　　　　　LOTES CO., LTD.

## ATTORNEY'S E-FILING ATTESTATION

As the attorney e-filing this document, and pursuant to General Order 45, I hereby attest that counsel for Plaintiff/Counterclaim Defendants Lotes Co., Ltd. whose electronic signature appears above has concurred in this filing.

Dated: May 24, 2013

JONES DAY
By: /s/ *Gregory L. Lippetz*
    Gregory L. Lippetz

1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: 650-739-3939
Facsimile: 650-739-3900
glippetz@jonesday.com

Attorneys for Defendants/Counterclaimants
HON HAI PRECISION INDUSTRY CO., LTD. and
FOXCONN ELECTRONICS, INC.

Pursuant to the Parties' stipulation, and good cause appearing therefor, IT IS SO ORDERED.

Dated: May 29, 2013

_____
Hon. Jeffrey S. White

SVI-125681