1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   EDWARD V. ANDERSON, Cal. Bar No. 83148
2  JAMES M. CHADWICK, Cal. Bar No. 157114
   DARREN M. FRANKLIN, Cal. Bar No. 210939
3  NATHANIEL P. BRUNO, Cal. Bar No. 228118
   TENAYA RODEWALD, Cal. Bar No. 248563
4  379 Lytton Avenue
   Palo Alto, California  94301-1479
5  Telephone:     650.815.2600
   Facsimile:     650.815.2601
6  evanderson@sheppardmullin.com
   jchadwick@sheppardmullin.com
7  dfranklin@sheppardmullin.com
   nbruno@sheppardmullin.com
8  trodewald@sheppardmullin.com

9  Attorneys for Plaintiff and Counterclaim Defendant
   LOTES CO., LTD.
10
   Gregory L. Lippetz (State Bar No. 154228)
11 glippetz@JonesDay.com
   Laurie M. Charrington (State Bar No. 229679)
12 lmcharrington@JonesDay.com
   JONES DAY
13 1755 Embarcadero Road
   Palo Alto, CA  94303
14 Telephone:   +1.650.739.3939
   Facsimile:    +1.650.739.3900
15
   Attorneys for Defendants and Counterclaimants
16 HON HAI PRECISION INDUSTRY CO., LTD. and
   FOXCONN ELECTRONICS, INC.
17

18                 UNITED STATES DISTRICT COURT

19               NORTHERN DISTRICT OF CALIFORNIA

20

21 LOTES CO., LTD., a Taiwan Corporation,        Case No. 3:11-cv-01036-JSW

22         Plaintiff and Counterclaim Defendant,  **STIPULATION REGARDING BRIEFING
                                                   AND HEARING SCHEDULE FOR
23         v.                                      DEFENDANTS' MOTION FOR
                                                   PRELIMINARY INJUNCTION, AND
24 HON HAI PRECISION INDUSTRY CO.,                 [PROPOSED] ORDER ~~THEREON~~**
   LTD., a Taiwan Corporation, and FOXCONN         AS MODIFIED
25 ELECTRONICS, INC., a California                 The Hon. Jeffrey S. White
   Corporation,                                    United States District Judge
26
           Defendants and Counterclaimants.
27

28

1     IT IS HEREBY STIPULATED by and between Plaintiff and Counterclaim Defendant

2  Lotes Co., Ltd. ("Plaintiff") and Defendants and Counterclaimants Hon Hai Precision Industry Co.

3  Ltd. and Foxconn Electronics, Inc. ("Defendants"), by and through their respective counsel, as

4  follows:

5     WHEREAS, Defendants filed their Motion for Preliminary Injunction ("Motion") with this

6  Court on June 26, 2013;

7     WHEREAS, on June 27, 2013, Defendants noticed the hearing on the Motion for

8  October 11, 2013, at 9:00 a.m.;

9     WHEREAS, Plaintiff and Defendants agree that the dates currently set for filing and

10  service of the opposition and reply papers for the Motion should be continued, while the date of

11  the hearing should remain unchanged;

12     WHEREAS, the parties do not currently contemplate taking any discovery, and will not

13  seek an extension of the hearing date so long as no intervening, subsequent events alter the current

14  situation in a manner that might prejudice the parties; and

15     WHEREAS, good cause exists to continue the opposition and reply dates because the

16  Motion raises complex issues as to infringement and validity of the asserted patent, as well as to

17  the question of whether irreparable harm would arise in the absence of an injunction.  Plaintiff

18  states that it needs the additional time to gather the evidence necessary to oppose the Motion and

19  to prepare the briefs and declarations in opposition to the Motion.  Plaintiff further states that it is

20  located in Taiwan and that many of its employees do not speak English, which slows down the

21  back-and-forth communications about motion strategy and evidence with its California-based

22  counsel.

23     NOW, THEREFORE, by and between each other, the parties stipulate that the deadline to

24  file and serve opposition papers to the Motion shall be extended to and including ~~September 12,~~ August 30, 2013

25  ~~2013~~, and that the deadline to file and serve reply papers in support of the Motion shall be

26  extended to and including **September** ~~27, 2013~~. 13, 2013

27

28

IT IS SO STIPULATED.

Dated:  August 9, 2013                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                          By: */s/ James M. Chadwick*
                                              James M. Chadwick
                                              379 Lytton Avenue
                                              Palo Alto, CA 94301-1432
                                              Telephone: 650-815-2600
                                              Facsimile: 650-815-2601
                                              jchadwick@sheppardmullin.com

                                              Attorneys for Plaintiff/Counterclaim Defendant
                                              LOTES CO., LTD.

Dated: August 9, 2013                     JONES DAY

                                          By: */s/ Gregory L. Lippetz*
                                              Gregory L. Lippetz
                                              1755 Embarcadero Road
                                              Palo Alto, CA 94303
                                              Telephone: 650-739-3939
                                              Facsimile: 650-739-3900
                                              glippetz@jonesday.com

                                              Attorneys for Defendants/Counterclaimants
                                              HON HAI PRECISION INDUSTRY CO., LTD. and
                                              FOXCONN ELECTRONICS, INC.

## ATTORNEY'S E-FILING ATTESTATION

As the attorney e-filing this document, and pursuant to Local Rule No. 5.1(i)(3), I hereby attest that counsel for Defendants and Counterclaimants Hon Hai Precision Industry Co. Ltd. and Foxconn Electronics, Inc., whose electronic signature appears above has concurred in this filing.

Dated:  August 9, 2013                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                          By: */s/ James M. Chadwick*
                                              James M. Chadwick
                                              379 Lytton Avenue
                                              Palo Alto, CA 94301-1432
                                              Telephone: 650-815-2600
                                              Facsimile: 650-815-2601
                                              jchadwick@sheppardmullin.com

                                              Attorneys for Plaintiff/Counterclaim Defendant
                                              LOTES CO., LTD.

1

Pursuant to the Parties' stipulation, and good cause appearing therefor,

2   IT IS SO ORDERED. AS MODIFIED ABOVE.

3   Dated: ___August 12___, 2013

4

_____

Hon. Jeffrey S. White

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28