1   Gregory L. Lippetz (State Bar No. 154228)          Edward V. Anderson (Bar No. 83148)
    glippetz@JonesDay.com                              evanderson@sheppardmullin.com
2   Laurie M. Charrington (State Bar No. 229679)       James Chadwick (Bar No. 157114)
    lmcharrington@JonesDay.com                         jchadwick@sheppardmullin.com
3   JONES DAY                                          Darren M. Franklin (Bar No. 210939)
    1755 Embarcadero Road                              dfranklin@sheppardmullin.com
4   Palo Alto, CA  94303                               Nathaniel Bruno (Bar No. 228118)
    Telephone:  +1.650.739.3939                        nbruno@sheppardmullin.com
5   Facsimile:   +1.650.739.3900                       Tenaya M. Rodewald (Bar No. 248563)
                                                       trodewald@sheppardmullin.com
6   Daniel T. Conrad (*Pro Hac Vice*)                  SHEPPARD MULLIN RICHTER &
    dtconrad@JonesDay.com                              HAMPTON LLP
7   JONES DAY                                          390 Lytton Avenue
    2727 N. Hardwood Street                            Palo Alto, CA 94301
8   Dallas, TX  75201                                  Telephone: 650-815-2600
    Telephone:  +1.650.739.3939                        Facsimile: 650-815-2601
9   Facsimile:   +1.650.739.3900

10  Attorneys for Defendants                           Attorneys for Plaintiff
    HON HAI PRECISION INDUSTRY CO.,                    LOTES CO., LTD.
11  LTD. and FOXCONN ELECTRONICS, INC.

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

16  LOTES CO., LTD.,                              Case No. 3:11-cv-01036 JSW

17          Plaintiff and Counterclaim Defendant,  **STIPULATION TO EXTEND
                                                   REMAINING BRIEFING
18      v.                                         SCHEDULE FOR DEFENDANTS'
                                                   MOTION FOR PRELIMINARY
19  HON HAI PRECISION INDUSTRY CO.,                INJUNCTION, AND [~~PROPOSED~~]
    LTD., and FOXCONN ELECTRONICS, INC.,           ORDER THEREON**
20
            Defendants and Counterclaimants.
21                                                 The Hon. Jeffrey S. White
                                                   United States District Judge
22

23

24

25

26

27

28

                              -1-

1       Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12 and Federal Rule of Civil Procedure

2  15, Plaintiff Lotes Co. Ltd. ("Plaintiff") and Defendants Hon Hai Precision Industry Co., Ltd. and

3  Foxconn Electronics, Inc. ("Defendants") (collectively "the Parties") hereby agree and stipulate,

4  through their respective counsel of record, as follows:

5       1.     Defendants filed their Motion for Preliminary Injunction ("Motion") with this

6  Court on June 26, 2013.

7       2.     The parties previously stipulated to continue the dates filing and service of the

8  opposition and reply papers.   The Court granted the parties' stipulated request, and on August 12,

9  2013, the Court set the date for Defendants' Reply to September 13, 2013.  On August 14, the

10  Court continued the hearing on the motion for preliminary injunction from October 11 to

11  November 15, 2013.

12       3.     Good cause exists to extend the reply deadline because Defendants need additional

13  time to obtain information responsive to Lotes' arguments from Defendants' employees who are

14  located in Taiwan, many of whom do not speak English, which slows down the back-and-forth

15  communications with its California-based counsel.

16       4.     Defendants stipulate and agree that if Defendants submit new evidence with their

17  reply, then Lotes may file a surreply, within ten days of the filing and service of Defendants'

18  reply.

19       5.     The hearing on Defendants' preliminary injunction motion, currently scheduled for

20  November 15, 2013 shall remain unchanged.

21       6.     Therefore, the parties stipulate and agree that the deadline to file and serve

22  Defendants' Reply shall be extended to September 27, 2013, and that any surreply by Lotes  shall

23  be due on or before October 7, 2013.

24  / / /

25  / / /

26  / / /

27

28

STIP. TO EXTEND BRIEFING
SCHEDULE FOR DEFS' MOT. FOR
PI AND PROPOSED ORDER

Case No. 3:11-cv-01036 JSW

IT IS SO STIPULATED.

Dated: September 10, 2013          JONES DAY
                                   By: /s/ Gregory L. Lippetz
                                        Gregory L. Lippetz

                                        1755 Embarcadero Road
                                        Palo Alto, CA 94303
                                        Telephone: 650-739-3939
                                        Facsimile: 650-739-3900
                                        glippetz@jonesday.com

                                        Attorneys for Defendants/Counterclaimants
                                        HON HAI PRECISION INDUSTRY CO., LTD. and
                                        FOXCONN ELECTRONICS, INC.


Dated:  September 10, 2013         SHEPPARD MULLIN RICHTER & HAMPTON LLP
                                   By: /s/ James M. Chadwick
                                        James M. Chadwick

                                        379 Lytton Avenue
                                        Palo Alto, CA 94301-1432
                                        Telephone: 650-815-2600
                                        Facsimile: 650-815-2601
                                        jchadwick@sheppardmullin.com

                                        Attorneys for Plaintiff/Counterclaim Defendant
                                        LOTES CO., LTD.

STIP. TO EXTEND BRIEFING
SCHEDULE FOR DEFS' MOT. FOR
PI AND PROPOSED ORDER

1

### ATTORNEY'S E-FILING ATTESTATION

2
        As the attorney e-filing this document, and pursuant to General Order 45, I hereby attest

3
that counsel for Plaintiff/Counterclaim Defendants Lotes Co., Ltd. whose electronic signature

4
appears above has concurred in this filing.

5

6

Dated: September 10, 2013                    JONES DAY
7
                                        By: /s/ Gregory L. Lippetz
8
                                             Gregory L. Lippetz

9                                            1755 Embarcadero Road
                                             Palo Alto, CA 94303
10                                           Telephone: 650-739-3939
                                             Facsimile: 650-739-3900
11                                           glippetz@jonesday.com

12                                           Attorneys for Defendants/Counterclaimants
                                             HON HAI PRECISION INDUSTRY CO., LTD. and
13                                           FOXCONN ELECTRONICS, INC.

14

15

16

17     Pursuant to the Parties' stipulation, and good cause appearing therefor, IT IS SO ORDERED.

18     Dated:  September 13 2013          _____  for
                                             Hon. Jeffrey S. White
19     Pursuant to the parties' stipulation, Defendants shall file their reply no later
       than September 20, 2013.  If Lotes seeks to file a sur-reply, Lotes shall seek leave
20     of Court to do so.

21

22

23

24     SVI-132003v2

25

26

27

28
                                        -4-                      STIP. TO EXTEND BRIEFING
                                                                 SCHEDULE FOR DEFS' MOT. FOR
       Case No. 3:11-cv-01036 JSW                                PI AND PROPOSED ORDER