Gregory L. Lippetz (State Bar No. 154228)
glippetz@jonesday.com
Laurie M. Charrington (State Bar No. 229679)
lmcharrington@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:    +1.650.739.3939
Facsimile:    +1.650.739.3900

Richard J. Johnson (*Pro Hac Vice*)
rjohnson@jonesday.com
JONES DAY
2727 N. Harwood Street
Dallas, TX  75201
Telephone:    +1.650.739.3939
Facsimile:    +1.650.739.3900

Attorneys for Defendants
HON HAI PRECISION INDUSTRY CO., LTD. and
FOXCONN ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOTES CO., LTD., a Taiwan Corporation,<br><br>  Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>HON HAI PRECISION INDUSTRY CO., LTD., a Taiwan Corporation, and FOXCONN ELECTRONICS, INC., a California Corporation,<br><br>  Defendants and Counterclaimants. | Case No. 3:11-cv-01036-JSW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

After considering Defendants and Counterclaimants Hon Hai Precision Industry Co., Ltd. and Foxconn Electronics, Inc.'s Motion to Withdraw as Counsel ("Motion to Withdraw"):

IT IS HEREBY ORDERED THAT: The Motion to Withdraw is GRANTED.  Laurie M. Charrington is hereby withdrawn as counsel of record for Hon Hai Precision Industry Co., Ltd. and Foxconn Electronics, Inc. in the above-styled action.

1
2  DATED: August 26, 2014                    By: _____
3                                                Hon. Jeffrey S. White
                                                 United States District Court Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26  SVI-151295v1
27
28

                                             [PROPOSED] ORDER GRANTING MOTION
                                                    TO WITHDRAW AS COUNSEL
                              2                    Case No. 3:11-cv-01036-JSW