Gregory L. Lippetz (State Bar No. 154228)
glippetz@JonesDay.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:   +1.650.739.3939
Facsimile:    +1.650.739.3900

Richard J. Johnson (*Pro Hac Vice*)
rjohnson@jonesday.com
JONES DAY
2727 N. Harwood Street
Dallas, TX  75201
Telephone:  +1.650.739.3939
Facsimile:   +1.650.739.3900

Attorneys for Defendants
HON HAI PRECISION INDUSTRY CO.,
LTD. and FOXCONN ELECTRONICS, INC.

Edward V. Anderson (Bar No. 83148)
evanderson@sheppardmullin.com
James Chadwick (Bar No. 157114)
jchadwick@sheppardmullin.com
Darren M. Franklin (Bar No. 210939)
dfranklin@sheppardmullin.com
Nathaniel Bruno (Bar No. 228118)
nbruno@sheppardmullin.com
Tenaya M. Rodewald (Bar No. 248563)
trodewald@sheppardmullin.com
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
390 Lytton Avenue
Palo Alto, CA 94301
Telephone: 650-815-2600
Facsimile: 650-2601

Attorneys for Plaintiff
LOTES CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOTES CO., LTD.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>HON HAI PRECISION INDUSTRY CO., LTD., and FOXCONN ELECTRONICS, INC.,<br><br>    Defendants and Counterclaimants. | Case No. 4:11-cv-01036 JSW<br><br>**JOINT STATUS REPORT REGARDING CURRENT STATUS OF REEXAMINATION PROCEEDINGS** |

Pursuant to the Court's January 4, 2012 Order (D.I. 73) requiring Hon Hai Precision Industry Co. Ltd. and Foxconn Electronics, Inc. (collectively "Foxconn") and Lotes Co. Ltd. ("Lotes") (collectively "the Parties") to "submit a joint status report regarding the status of the reexamination proceedings every 120 days, or sooner if the PTO issues a final decision with respect to the Newly Asserted Patents, until the stay is lifted," the Parties hereby advise the Court of the current status of the reexaminations of each of the asserted patents subject to the partial stay ordered by the Court.

A list of the asserted patents for which a reexamination request had been filed and a brief summary of each patent's status is provided below.  No reexamination request has been filed with respect to two patents, namely U.S. Patent Nos. 6,679,717 and 5,634,803.

## NEWLY ASSERTED PATENTS

**U. S. Patent No. 5,882,211**

Lotes filed a Reexamination Request for U.S. Patent No. 5,882,211 ("the '211 patent") on March 24, 2011, as Ex Parte Reexamination No. 90/009,885.  The examiner issued a Notice of Intent to Issue a Reexamination Certificate on July 24, 2012.  A Reexamination Certificate issued on September 4, 2012.  Claims 1 and 10 are determined to be patentable as amended.  Claims 5-7, dependent on an amended claim, are determined to be patentable.  New claims 13-14 are added and determined to be patentable.  Claims 2-4, 8, 9, 11 and 12 have been cancelled. The reexamination proceedings concerning the '211 patent, including any appeals, are completed, and the reexamination decision is final.

**U. S. Patent No. 6,113,398**

Lotes filed a Reexamination Request for U.S. Patent No. 6,113,398 ("the '398 patent") on March 17, 2011, as Ex Parte Reexamination No. 90/009,887.  The examiner issued a Notice of Intent to Issue a Reexamination Certificate on April 6, 2012.  The examiner issued a Reexamination Certificate on May 29, 2012.  Claims 1, 4, and 6 are determined to be patentable as amended.  Claims 2, 3, 5, and 7, dependent on an amended claim, are determined to be patentable.  New claims 8-16 are added and also determined to be patentable.  The reexamination proceedings concerning the '398 patent, including any appeals, are completed, and the reexamination decision is final.

**U. S. Patent No. 6,135,791**

Lotes filed a Reexamination Request for U.S. Patent No. 6,135,791 ("the '791 Patent") on November 1, 2011, as Ex Parte Reexamination No. 90/011,995.  The examiner issued a Notice of Intent to Issue a Reexamination Certificate on June 15, 2012.  The examiner issued a Reexamination Certificate for the '791 Patent on August 14, 2012.   The patentability of claims 1-8 is confirmed.  No amendments were made to the patent claims.  The reexamination proceedings

1  concerning the '791 patent, including any appeals, is completed, and the reexamination decision
2  is final.
3  **U. S. Patent No. 6,530,798**
4       Lotes filed a Reexamination Request for U.S. Patent No. 6,530,798 on January 6, 2011, as
5  Ex Parte Reexamination No. 90/009,869.  The examiner, in a Final Action on January 19, 2012,
6  confirmed the patentability of claim 6 and rejected claims 1-5 and 7-25.  Foxconn filed a Notice
7  of Appeal on May 18, 2012.  Foxconn filed its Appeal Brief on July 18, 2012.  The examiner filed
8  an Answer to Foxconn's Appeal Brief on February 6, 2013.  Foxconn filed a response to the
9  Examiner's Answer on April 8, 2013.  The Board issued a decision on June 27, 2013 confirming
10  the rejection of claims 1-5 and 7-25 and the patentability of claim 6.  On August 26, 2013,
11  Foxconn requested a rehearing, which was denied on March 20, 2014.  Foxconn filed a notice of
12  appeal with the U.S. Court of Appeals for the Federal Circuit on May 16, 2014.  Foxconn
13  subsequently dismissed the appeal.  On October 22, 2014, the Patent Office issued a
14  reexamination certificate cancelling claims 1-5.  Thus, the reexamination proceedings concerning
15  the '798 patent, including any appeals, are completed, and the reexamination decision is final,
16  with one claim (claim 6) confirmed.
17       Foxconn filed a reissue request on July 18, 2014, requesting reissue of claims 1-20. Lotes
18  filed a protest on October 21, 2014, on the grounds that claims 1-5 were previously prosecuted
19  and rejected in a reexamination proceeding that is now final. Foxconn filed a preliminary
20  amendment canceling claims 1-5, leaving original claim 6 (amended to include the limitations of
21  other claims) and new claims 7-20.  All claims are currently rejected.  A response to the office
22  action is due on May 18, 2015.
23  **U. S. Patent No. 6,905,353**
24       Lotes has filed three reexamination requests for U.S. Patent No. 6,905,353 ("the '353
25  Patent").  Lotes filed the first Reexamination Request on July 25, 2011, as Ex Parte
26  Reexamination No. 90/009,928.  The examiner issued a Reexamination Certificate on August 21,
27  2012 confirming the patentability of amended claims 1-17 and newly added claims 18-47.  The
28  reexamination proceedings pursuant to this request has concluded.

JOINT STATUS REPORT REGARDING
REEXAMINATION PROCEEDINGS

1    Lotes filed a second Reexamination Request for the '353 Patent on March 5, 2013, as Ex

2   Parte Reexamination No. 90/012,804.  On July 5, 2013, the examiner responded, rejecting claims

3   1-3, 6-8, 14-20, 23-25, 31-38, and 41-47 and confirming the patentability of claims 4, 5, 9-13, 21,

4   22, 26-30, 39 and 40.  Foxconn filed a response on September 5, 2013, adding claims 48-117 and

5   amending claims 16, 17, 33, and 34.  On November 25, 2013, the examiner responded by issuing

6   a Notice of Intent to Issue Reexamination Certificate in which original claims 1-15, 18-32, and

7   35-47, claims 16, 17, 33, and 34 were allowed as amended, and new claims 48-117 were allowed.

8    Lotes filed a third Reexamination Request on the '353 Patent on February 12, 2014, as Ex.

9   Parte Reexamination No. 90/013,151.  The Patent Office granted the request on March 12, 2014.

10  The examiner issued a non-final office action on June 18, 2014, rejecting claims 1-117.  Foxconn

11  filed a response to the Office Action on August 18, 2014.  On October 21, 2014, the Patent Office

12  issued a Final Office Action rejecting claims 1-15 and 91-92 and confirming as patentable claims

13  16-90 and 93-117.   On November 26, 2014, Foxconn filed a response to the Final Office Action.

14  On December 10, 2014, the Patent Office issued a Notice of Intent to Issue Reexamination

15  Certificate for US Patent No. 6,905,353.  All 117 claims have been confirmed or deemed

16  patentable, as amended.

17  **U. S. Patent No. 6,908,316**

18   Lotes has filed two reexamination requests for U.S. Patent No. 6,908,316 ("the '316

19  Patent").  Lotes filed the first Reexamination Request on November 2, 2010, as Ex Parte

20  Reexamination No. 90/009,831.  The examiner issued a Reexamination Certificate for the '316

21  Patent on February 28, 2012.  The examiner determined that amended claim 19 and newly added

22  claims 20-57 were patentable.  Claims 1-18 were cancelled.  The reexamination proceedings

23  pursuant to this request has concluded.

24   Lotes filed a second Reexamination Request for the '316 Patent on April 11, 2012, as Ex

25  Parte Reexamination No. 90/012,250.  The examiner issued a first office action on September 25,

26  2012, in which claims 20 and 21 were confirmed as patentable and claims 19 and 22-57 were

27  rejected.  Foxconn filed a response to the office action on November 26, 2012, through which

28  claims 19, 22, 27-30, 37-40, 45-48, and 55-57 were amended and claims 58-61 added.  The

JOINT STATUS REPORT REGARDING
                                                        REEXAMINATION PROCEEDINGS

1    examiner issued an Advisory Action on June 25, 2013, rejecting claims 19 and 22-57 and

2    confirming the patentability of claims 20, 21, and 58-61.

3         Foxconn filed a Notice of Appeal on July 3, 2013, and filed an appeal brief on September

4    3, 2013.  The examiner filed an Answer to Foxconn's Appeal Brief on November 26, 2013,

5    arguing that the rejections should be sustained, and Foxconn's Reply Brief was filed on January

6    27, 2014.  The PTAB issued an Order on May 6, 2014, reversing the Examiner's rejections.  The

7    examiner issued a Reexamination Certificate for the '316 Patent on July 2, 2014.  The examiner

8    confirmed the patentability of claims 20 and 21, determined that amended claims 19, 22, 27-30,

9    37-40, 45-48 and 55-57 were patentable as amended, and determined that claims 23-26, 31-36,

10   41-44, and 49-54 (dependent on an amended claim), and newly added claims 58-61 were

11   patentable.  The reexamination proceedings concerning the '316 patent, including any appeals,

12   are completed, and the reexamination decision is final.

13   **U. S. Patent No. 7,371,075**

14        Lotes has filed two reexamination requests for U.S. Patent No. 7,371,075 ("the '075

15   Patent").  Lotes filed the first Reexamination Request on February 1, 2011, as Ex Parte

16   Reexamination No. 90/009,873.  The examiner issued a Reexamination Certificate for the '075

17   Patent on November 22, 2011.  The examiner determined that claims 2, 3, and 5 were patentable

18   as amended, and claims 1 and 4 were cancelled.  The reexamination proceedings pursuant to this

19   request has concluded.

20        Lotes filed the second Reexamination Request for the '075 Patent on November 7, 2011,

21   as Ex Parte Reexamination No. 90/012,004.  In its Advisory Action Before Filing of an Appeal

22   Brief of September 13, 2012, the examiner rejected the remaining claims, 2, 3, 5, and newly

23   added claims 8-12.  Foxconn cancelled claims 6 and 7.

24        Foxconn filed a Notice of Appeal on September 28, 2012 and filed its Appeal Brief on

25   November 27, 2012.  The examiner filed an Answer to Foxconn's Appeal Brief on April 9, 2013

26   arguing that the rejections should be sustained.  Foxconn filed its Reply Brief on June 5, 2013.

27   Presently, claims 1, 4, 6 and 7 are cancelled, claims 2, 3, and 5 are rejected, and newly added

28   claims 8-12 are rejected.  The examiner's decision was affirmed on appeal.  On March 28, 2014,

Foxconn filed a request for rehearing.  On June 23, 2014, the examiner's decision was affirmed after consideration of the request for rehearing.  Foxconn filed a notice of appeal on August 22, 2014.  Foxconn subsequently dismissed its appeal on December 1, 2014.  Thus, the reexamination proceedings concerning the '075 patent, including any appeals, are completed.

Foxconn filed a reissue request on October 21, 2014, requesting reissue of claims 2, 3, and 5-12, as amended.  On January 16, 2015, the firm of Sheppard Mullin Richter & Hampton LLP filed a Protest under 37 CFR 1.291, arguing that certain claims should be struck from Foxconn's reissue application.  The parties are awaiting the first office action.

## LICENSED PATENTS

### U.S. Patent No. 6,340,309

Lotes filed its Second Amended Complaint on June 6, 2013, which seeks a declaration of non-infringement of the Licensed Patents, including U.S. Patent No. 6,340,309 ("the '309 Patent").  Foxconn filed its Second Amended Answer and Counterclaims on June 20, 2013, which include a claim for infringement of the '309 Patent.  On August 12, 2013, Lotes filed a Motion to Stay the '309 patent pending reexamination, which the Court granted in an order entered on November 13, 2013.  All claims of the '309 Patent are presently stayed pursuant to the Court's November 13, 2013 Order.

Lotes filed a Reexamination Request for U.S. Patent No. 6,340,309 on June 12, 2013, as Ex Parte Reexamination No. 90/012,891.  The examiner issued a non-final office action on December 13, 2013, rejecting claims 1-9.  Foxconn's filed a response to the Office Action on February 13, 2014.  The examiner issued a final office action on June 4, 2014, rejecting claims 1-25.  Foxconn filed a response to the Office Action on August 4, 2014.  The examiner issued an advisory office action on August 15, 2014, maintaining the rejection of claims 1-25.  Foxconn filed an Appeal Brief on December 3, 2014, in response to the Final Office Action and the Advisory Action to appeal the rejection of claims 1-25.  The Examiner mailed the Examiner's Answer on February 4, 2015.  A reply brief was filed on April 6, 2015. The parties are currently awaiting a decision by the PTAB.

JOINT STATUS REPORT REGARDING
REEXAMINATION PROCEEDINGS

**U. S. Patent No. 6,887,114**

The '114 Patent is not one of the patents with respect to which claims are stayed pursuant to the Court's January 4, 2012 Order or the Court's November 13, 2013 Order. Lotes has filed two reexamination requests for U.S. Patent No. 6,887,114 ("the '114 Patent").

Lotes filed the first Reexamination Request on August 22, 2012, as Ex Parte Reexamination No. 90/012,447. The examiner issued a non-final office action on October 9, 2013, rejecting claims 1-40. Foxconn filed a response to the office action on January 10, 2014, through which claims 1, 5, and 9 were amended and new claims 21-45 added. The examiner issued a final office action on May 7, 2014, rejecting claims 1-45. Foxconn filed a response to the Office Action on July 7, 2014. The examiner issued an advisory office action on August 1, 2014, maintaining the rejection of claims 1-45. Foxconn filed an Appeal Brief on November 5, 2014, in response to the Final Office Action and the Advisory Action to appeal the rejection of claims 1-45. The Examiner mailed the Examiner's Answer on December 40. 2014. A reply brief was filed on February 27, 2015. The parties are currently awaiting a decision by the PTAB.

Lotes filed a second Reexamination Request for '114 patent on October 17, 2012, as Ex Parte Reexamination No. 90/012,705. Lotes sought reexamination of claims 1-20 of the '114 Patent based on additional references. Lotes recommended to the Patent Office that the second Reexamination be associated with the first Reexamination. The Patent Office denied the request for the second Reexamination on January 16, 2013, on the grounds the same issues were presented in the first Reexamination Request. Lotes filed a petition to reverse the denial on February 15, 2013. The Patent Office denied the request for the second Reexamination for a second time on July 12, 2013, thereby terminating the reexamination proceeding.

**U. S. Patent No. 6,908,313**

Lotes filed its Second Amended Complaint on June 6, 2013, which seeks a declaration of non-infringement of the Licensed Patents, including U.S. Patent No. 6,908,313 ("the '313 Patent"). Foxconn filed its Second Amended Answer and Counterclaims on June 20, 2013, which include a claim for infringement of the '313 Patent. The '313 Patent is not one of the patents with

1  respect to which claims are stayed pursuant to the Court's January 4, 2012 Order or the Court's

2  November 13, 2013 Order.

3          Lotes filed a Reexamination Request for '313 patent on August 14, 2013, as Ex Parte

4  Reexamination No. 90/012,953.  The Patent Office granted the request on October 2, 2013.  The

5  examiner issued a non-final office action on July 22, 2014, rejecting claims 1-17.  Foxconn filed a

6  response to the office action on September 22, 2014.  The examiner issued a final office action on

7  January 5, 2015, rejecting claims 1-46.  Foxconn filed a response to the Office Action on March

8  5, 2015.  The examiner issued an advisory office action on March 23, 2015, maintaining the

9  rejection of claims 1-46.  Foxconn filed a notice of Appeal on April 6, 2015.

10          This report is provided solely to inform the Court with respect to the status of

11  reexamination proceedings.  Nothing contained herein constitutes an admission or concession by

12  any party with respect to the validity or invalidity of any patent or claim of a patent, and this

13  report is not admissible in this action or in any other proceeding as evidence of such an admission

14  or concession.

15  Dated: April 20, 2015          JONES DAY
16                                 By: /s/ Gregory L. Lippetz
                                        Gregory L. Lippetz
17                                 1755 Embarcadero Road
                                   Palo Alto, CA 94303
18                                 Telephone: 650-739-3939
                                   Facsimile: 650-739-3900
19                                 glippetz@jonesday.com

20                                 Attorneys for Defendants/Counterclaimants
21                                 HON HAI PRECISION INDUSTRY CO., LTD. and
                                   FOXCONN ELECTRONICS, INC.
22
    Dated: April 20, 2015          SHEPPARD MULLIN RICHTER & HAMPTON LLP
23                                 By: /s/ James M. Chadwick
24                                      James M. Chadwick
                                   379 Lytton Avenue
25                                 Palo Alto, CA 94301-1432
                                   Telephone: 650-815-2600
26                                 Facsimile: 650-815-2601
                                   jchadwick@sheppardmullin.com
27
28                                 Attorneys for Plaintiff/Counterclaim Defendant
                                   LOTES CO., LTD.

JOINT STATUS REPORT REGARDING
                                   REEXAMINATION PROCEEDINGS

## ATTORNEY'S E-FILING ATTESTATION

As the attorney e-filing this document, and pursuant to General Order 45, I hereby attest that counsel for Plaintiff/Counterclaim Defendant Lotes Co., Ltd. whose electronic signature appears above, has concurred in this filing.

Dated: April 20, 2015

JONES DAY

By: */s/ Gregory L. Lippetz*
Gregory L. Lippetz

1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: 650-739-3939
Facsimile: 650-739-3900
glippetz@jonesday.com

Attorneys for Defendants/Counterclaimants
HON HAI PRECISION INDUSTRY CO., LTD. and
FOXCONN ELECTRONICS, INC.

JOINT STATUS REPORT REGARDING
REEXAMINATION PROCEEDINGS