| | |
|---|---|
| ORRICK HERRINGTON & SUTCLIFFE LLP<br>E. Patrick Ellisen, Bar. No. 142033<br>Jesse Y. Cheng, Bar. No. 259909<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>Tel:  +1.650.614.7400<br>Fax: +1.650.614.7401<br>E-mail:  pellisen@orrick.com<br>E-mail:  jcheng@orrick.com | MORGAN, LEWIS & BOCKIUS LLP<br>Andrew J. Gray IV, Bar No. 202137<br>Ahren C. Hsu-Hoffman, Bar No. 250469<br>1400 Page Mill Road<br>Palo Alto, CA  94304<br>Tel:   +1.650.843.4000<br>Fax:  +1.650.843.4001<br>E-mail: agray@morganlewis.com<br>E-mail: ahsu-hoffman@morganlewis.com |
| ORRICK HERRINGTON & SUTCLIFFE LLP<br>Donald E. Daybell, Bar. No. 210961<br>Hsiwen Lo, Bar. No. 286649<br>2050 Main Street, Suite 1100<br>Irvine, CA  92614-8255<br>Tel:  +1.949.567.6700<br>Fax: +1.949.567.6710<br>E-mail:  ddaybell@orrick.com<br>E-mail:  hlo@orrick.com | Attorneys for Defendants<br>HON HAI PRECISION INDUSTRY<br>CO., LTD. AND FOXCONN<br>ELECTRONICS, INC. |

Attorneys for Defendants
HON HAI PRECISION INDUSTRY CO., LTD.
AND FOXCONN ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOTES CO., LTD., a Taiwan Corporation,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>HON HAI PRECISION INDUSTRY CO., LTD., a Taiwan Corporation, and FOXCONN ELECTRONICS, INC., a California Corporation,<br><br>    Defendants and Counterclaimants. | Case No. 3:11-cv-01036-WHA<br><br>**NOTICE OF WITHDRAWAL AND CHANGE OF COUNSEL FOR DEFENDANTS HON HAI PRECISION INDUSTRY CO., LTD. AND FOXCONN ELECTRONICS, INC. AND [PROPOSED] ORDER**<br><br>Judge: The Honorable William H. Alsup |

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE of the following withdrawal and change of counsel on behalf of Defendants Hon Hai Precision Industry Co., Ltd. and Foxconn Electronics, Inc. ("Defendants"):

OHSUSA:765148122.1

Order re:
NOTICE OF WITHDRAWAL AND
CHANGE OF COUNSEL
3:11-cv-01036-WHA

**FORMER LEGAL COUNSEL:**

Andrew J. Gray IV
Ahren C. Hsu-Hoffman
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA 94304
Tel:  +1.650.843-4000
Fax:  +1.650.843-4001
E-mail:  agray@morganlewis.com
E-mail:  ahsu-hoffman@morganlewis.com

**CURRENT LEGAL COUNSEL:**

E. Patrick Ellisen
Jesse Y. Cheng
ORRICK HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Tel:  +1.650.614.7400
Fax:  +1.650.614.7401
E-mail:  pellisen@orrick.com
E-mail:  jcheng@orrick.com

Donald E. Daybell
Hsiwen Lo
ORRICK HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA  92614-8255
Tel:  +1.949.567.6700
Fax:  +1.949.567.6710
E-mail:  ddaybell@orrick.com
E-mail:  hlo@orrick.com

Pursuant to such substitution, Defendants respectfully request that the necessary changes be made to the service list and the Court's records, and that all notices, filings and other documents in this action be served on Current Legal Counsel identified above.  Counsel for Defendants has met and conferred with Counsel for Plaintiff, who does not oppose this request.

///

///

///

///

OHSUSA:765148122.1                                                        1

Order re:
NOTICE OF WITHDRAWAL AND
CHANGE OF COUNSEL
3:11-cv-01036-WHA

**We hereby agree to the foregoing substitution**

Dated: May 16, 2016

HON HAI PRECISION INDUSTRY CO., LTD., FOXCONN ELECTRONICS, INC.,

By: */s/ Benjamin Sley*
Benjamin Sley

Dated: May 16, 2016

Respectfully submitted,

ORRICK HERRINGTON SUTCLIFFE LLP

By: */s/ E. Patrick Ellisen*
E. Patrick Ellisen
Attorneys for Defendants
HON HAI PRECISION INDUSTRY CO., LTD. AND FOXCONN ELECTRONICS, INC.

Dated: May 16, 2016

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Andrew J. Gray*
Andrew J. Gray IV
Attorneys for Defendants
HON HAI PRECISION INDUSTRY CO., LTD. AND FOXCONN ELECTRONICS, INC.

## ORDER

Pursuant to the foregoing, it is hereby ORDERED that the law firm of Orrick, Herrington & Sutcliffe, LLP is substituted as counsel of record in this action for Defendants Hon Hai Precision Industry Co., Ltd. and Foxconn Electronics, Inc., in place and instead of Morgan, Lewis & Bockius, LLP.

Dated: May 17, 2016.

The Honorable William H. Alsup
United States District Judge