IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOTES CO, LTD,<br><br>  Plaintiff,<br><br> v.<br><br>HON HAI PRECISION INDUSTRY CO, LTD and FOXCONN ELECTRONICS, INC.,<br><br>  Defendants. | No. C 11-01036 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

  Due to an ongoing trial and charging conference, the case management conference scheduled for today must be postponed until next **THURSDAY, MAY 26 AT 8AM.**

  **IT IS SO ORDERED.**

Dated: May 19, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE