**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOTES CO, LTD, | No. C 11-01036 WHA |
| Plaintiff, | |
| v. | |
| HON HAI PRECISION INDUSTRY CO, LTD and FOXCONN ELECTRONICS, INC., | **AMENDED ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Defendants. | |

Due to an ongoing trial and charging conference, the case management conference scheduled for today must be postponed until next **THURSDAY, MAY 26 AT 11:00 AM.**

**IT IS SO ORDERED.**

Dated: May 19, 2016.

　　　　　　　　　　　　　　　　　　／s／ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE