UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOTES CO, LTD,

    Plaintiff,

  v.

HON HAI PRECISION INDUSTRY CO, LTD, et al.,

    Defendants.

Case No.  11-cv-01036-WHA   (DMR)

**NOTICE OF RESCHEDULED SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER**

Re: Dkt. No. 211

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes. You are hereby notified that the settlement conference is CONTINUED]to **July 18, 2016, at 10:00 a.m.,** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.  For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov  (click "Calendar - Judges' Weekly Calendars" link, then select Judge Ryu's calendar) on the Friday prior to the scheduled settlement conference.

Parties shall comply with the requirements and procedures set forth in this Court's Notice of Settlement Conference and Settlement Conference Order dated May 31, 2016.  [*See* Docket No. 209].

**IT IS SO ORDERED.**

Dated: June 13, 2016

_____
Donna M. Ryu
United States Magistrate Judge