1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   EDWARD V. ANDERSON, Cal. Bar No. 83148
3  JAMES M. CHADWICK, Cal. Bar No. 157114
   DARREN M. FRANKLIN, Cal. Bar No. 210939
4  TENAYA RODEWALD, Cal. Bar No. 248563
   379 Lytton Avenue
5  Palo Alto, California  94301-1479
   Telephone:    650.815.2600
6  Facsimile:    650.815.2601
   evanderson@sheppardmullin.com
7  jchadwick@sheppardmullin.com
   dfranklin@sheppardmullin.com
8  trodewald@sheppardmullin.com

9  Attorneys for Plaintiff and Counterclaim Defendant
   LOTES CO., LTD.
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    OAKLAND DIVISION

14

15 | LOTES CO., LTD., a Taiwan Corporation, | Case No. 3:11-cv-01036-WHA
16 | Plaintiff and Counterclaim Defendant, | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING FURTHER CASE MANAGEMENT CONFERENCE**
17 | v. |
18 | HON HAI PRECISION INDUSTRY CO., LTD., a Taiwan Corporation, and FOXCONN ELECTRONICS, INC., a California Corporation, | The Hon. William Alsup
   |   | United States District Judge
20 | Defendants and Counterclaimants. |

1 WHEREAS on May 26, 2016 the Court held a Case Management Conference in this Action;

2 WHEREAS on May 26, 2016 and May 27, 2016, the Court issued orders referring the Parties to Magistrate Judge Donna Ryu for an immediate mediation, and setting a Further Case Management Conference for July 14, 2017 (*see* Dkt. Nos. 205 and 206);

3 WHEREAS due to the scheduling constraints of the Parties' principals and Magistrate Judge Ryu, the mediation is scheduled for July 18, 2016 (*see* Dkt. No. 214), after the date currently set for the Further Case Management Conference;

4 WHEREAS the Parties believe that it would benefit the Parties, and it was the intention of the Court, to hold the Further Case Management Conference after the mediation;

5 WHEREAS the next available dates after the mediation that all counsel are available are the week of August 8, 2016;

6 WHEREAS the Parties understand that the Court holds Case Management Conferences on Thursdays at 11:00 am;

NOW, THEREFOR, THE PARTIES HEREBY STIPULATE AND AGREE AND REQUEST THE COURT TO ORDER that the Further Case Management Conference currently scheduled for July 14, 2016 be rescheduled to August 11, 2016, or to some other date convenient for the Court on or after August 8, 2016.

Dated: June 15, 2016

| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|---|---|
| By: */s/ Tenaya Rodewald*<br>TENAYA RODEWALD<br>Attorneys for Plaintiff and Counterclaim Defendant<br>LOTES CO., LTD. | By: */s/ Don Daybell*<br>DON DAYBELL<br>Attorneys for Defendants and Counterclaim Plaintiffs<br>HON HAI PRECISION INDUSTRY CO., LTD. and FOXCONN ELECTRONICS, INC. |

///

///

1  Based upon the stipulation of the parties, and good cause appearing, the Further Case
2  Management Conference is hereby rescheduled to August 18, 2016 at 11:00 A.M.
3  **IT IS SO ORDERED**.
4  Dated: June 20, 2016

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE