1   E. PATRICK ELLISEN (STATE BAR NO. 142033)
    pellisen@orrick.com
2   DON DAYBELL (STATE BAR NO. 210961)
    ddaybell@orrick.com
3   JESSE Y. CHENG (STATE BAR NO. 259909)
    jcheng@orrick.com
4   WILL MELEHANI (STATE BAR NO. 285916)
    wmelehani@orrick.com
5   HSIWEN LO (STATE BAR NO. 286649)
    hlo@orrick.com
6   ORRICK, HERRINGTON & SUTCLIFFE LLP
    2050 Main Street, Suite 1100
7   Irvine, CA 92614
    Telephone:     +1 949 567 6700
8   Facsimile:     +1 949 567 6701
    Attorneys for Defendants HON HAI PRECISION
9   INDUSTRY CO., LTD. and FOXCONN
    ELECTRONICS, INC.
10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

15   LOTES CO. LTD., a Taiwan Corporation,        Case No. 3:11-cv-01036-WHA

16   Plaintiff and Counterclaim Defendants,       ~~JOINT STIPULATION AND~~
                                                  ~~[PROPOSED]~~ ORDER MODIFYING
17   v.                                           CLAIM CONSTRUCTION
                                                  DISCOVERY AND BRIEFING
18   HON HAI PRECISION INDUSTRY CO.,              SCHEDULE
     LTD., a Taiwan Corporation, and FOXCONN
19   ELECTRONICS, INC., a California
     Corporation,
20
                 Defendants and
21               Counterclaimants.

22

23

24

25

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

~~JOINT STIPULATION AND [PROPOSED]~~ ORDER MODIFYING
CLAIM CONSTRUCTION DISCOVERY AND BRIEFING
SCHEDULE

1    Defendants and Counterclaimants Hon Hai Precision Industry Co. Ltd. and Foxconn

2 Electronics, Inc. (collectively "Foxconn") and Plaintiff and Counterclaim Defendant Lotes Co.

3 Ltd. ("Lotes") file this joint stipulation respectfully requesting an Order modifying deadlines for

4 claim construction discovery and claim construction briefing.

5    WHEREAS, pursuant to Patent L.R. 4-4, claim construction discovery, including any

6 depositions with respect to claim construction of any witnesses, including experts, must currently

7 be completed by January 23, 2017.

8    WHEREAS, pursuant to Patent L.R. 4-5, the opening claim construction brief is currently

9 due on February 6, 2017, the responsive claim construction brief is currently due on February 21,

10 2017, and the reply claim construction brief is currently due on February 28, 2017.

11    WHEREAS, the Parties have agreed to stipulate to request an extension of the claim

12 construction discovery and claim construction briefing dates to accommodate the schedules of the

13 Parties' experts.  In particular, Foxconn's expert, Dr. Michael G. Pecht, is working in Asia

14 through early February and will not be available for a deposition until February 10, 2017.  Lotes's

15 expert, Dr. Vijay Gupta, will be available for deposition on February 17, 2017.

16    WHEREAS, the Parties have stipulated that the depositions of Drs. Pecht and Gupta shall

17 be limited to issues relating to claim construction, and that these depositions shall not preclude

18 later depositions on these experts' respective reports, as provided for pursuant to the Case

19 Management Order.  Dkt. 228, ¶ 5.

20    WHEREAS, this brief extension will not impact any other dates on the trial schedule

21 because there will be no separate claim construction hearing pursuant to the Case Management

22 Order.  Dkt. 228, ¶ 18.  The close of non-expert discovery will remain on June 30, 2017.  The

23 deadline to file dispositive motions will remain on July 27, 2017.  The start of trial will remain on

24 November 6, 2017.  There have been no previous time modifications in this case.

25    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between

26 the Parties, through their respective attorneys of record, and subject to approval by the Court, the

27 following schedule:

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING
CLAIM CONSTRUCTION DISCOVERY AND BRIEFING
SCHEDULE

| Event | Previous Date | New Date |
|---|---|---|
| P.L.R. 4-4 Completion of Claim Construction Discovery | Monday, January 23, 2017 | Friday, February 17, 2017 |
| 4-5(a) Opening Claim Construction Brief | Monday, February 6, 2017 | Friday, March 3, 2017 |
| 4-5(b) Responsive Claim Construction Brief | Tuesday, February 21,2017 | Friday, March 17, 2017 |
| 4-5(c) Reply Claim Construction Brief | Tuesday, February 28, 2017 | Friday, March 24, 2017 |

Dated: January 17, 2017                    Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   /s/ Don Daybell
_____
DON DAYBELL
Attorneys for Defendants HON HAI PRECISION
INDUSTRY CO., LTD. and FOXCONN
ELECTRONICS, INC.

Dated: January 17, 2017                    SHEPPART, MULLIN, RICHTER & HAMPTON LLP

By:   /s/ Darren M. Franklin
_____
DARREN M. FRANKLIN
Attorneys for Plaintiff and Counterclaim Defendant
LOTES CO., LTD.

**Filer's Attestation:** I, Don Daybell, am the ECF User whose User ID and password are being used to file this Stipulation.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that I have obtained concurrence in the filing of this document from the above-listed signatories.

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Counsel shall not use the schedule modifications granted herein as a basis for requesting any continuances of trial dates.

Dated:   January 19, 2017.                    By: _____
The Honorable William Alsup
United States District Judge

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING
CLAIM CONSTRUCTION DISCOVERY AND BRIEFING
SCHEDULE