SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
EDWARD V. ANDERSON, Cal. Bar No. 83148
JAMES M. CHADWICK, Cal. Bar No. 157114
DARREN M. FRANKLIN, Cal. Bar No. 210939
TENAYA RODEWALD, Cal. Bar No. 248563
ANDRES CANTERO, Cal. Bar No. 313004
379 Lytton Avenue
Palo Alto, California  94301-1479
Telephone:    650.815.2600
Facsimile:    650.815.2601
Email: evanderson@sheppardmullin.com
       jchadwick@sheppardmullin.com
       dfranklin@sheppardmullin.com
       trodewald@sheppardmullin.com
       acantero@sheppardmullin.com

Attorneys for Plaintiff and Counterclaim Defendant,
LOTES CO., LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOTES CO., LTD., a Taiwan Corporation,<br><br>          Plaintiff and Counterclaim Defendant,<br><br>     v.<br><br>HON HAI PRECISION INDUSTRY CO., LTD., a Taiwan Corporation, and FOXCONN ELECTRONICS, INC., a California Corporation,<br><br>          Defendants and Counterclaimants. | Civil Action No. 3:11-cv-01036-WHA<br><br>**[PROPOSED] ORDER GRANTING LOTES' ADMINISTRATIVE MOTION TO FILE EXHIBITS A-B TO THIRD AMENDED COMPLAINT UNDER SEAL**<br><br>[Civil L.Rs. 7-11 and 79-5;<br>  General Order No. 62]<br><br>The Hon. William Alsup<br>United States District Judge |

**ORDER**

Having considered Plaintiff Lotes Co., Ltd.'s ("Lotes'") ADMINISTRATIVE MOTION TO FILE EXHIBITS A-B TO THIRD AMENDED COMPLAINT UNDER SEAL ("Motion to Seal"), and good cause appearing in support thereof,

**IT IS HEREBY ORDERED THAT** Lotes' Motion to Seal is **GRANTED** as follows:

Lotes is permitted to file under seal Exhibits A and B to Lotes' Third Amended Complaint, and the Clerk shall thereafter maintain Exhibits A and B to Lotes' Third Amended Complaint under seal.

**IT IS SO ORDERED.**

Dated:   February 6, 2017.

_____
The Honorable William Alsup
UNITED STATES DISTRICT JUDGE