1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   EDWARD V. ANDERSON, Cal. Bar No. 83148
3  JAMES M. CHADWICK, Cal. Bar No. 157114
   DARREN M. FRANKLIN, Cal. Bar No. 210939
4  TENAYA RODEWALD, Cal. Bar No. 248563
   WILLIAM J. BLONIGAN, Cal. Bar No. 250961
5  RYAN P. CUNNINGHAM, Cal. Bar No. 275813
   379 Lytton Avenue
6  Palo Alto, California 94301-1479
   Telephone:    650.815.2600
7  Facsimile:    650.815.2601
   E mail evanderson@sheppardmullin.com
8         jchadwick@sheppardmullin.com
          dfranklin@sheppardmullin.com
9         trodewald@sheppardmullin.com
          wblonigan@sheppardmullin.com
10        rcunningham@sheppardmullin.com

11 Attorneys for Plaintiff and Counterclaim Defendant
   LOTES CO., LTD.
12

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16

17 | LOTES CO., LTD., a Taiwan Corporation,          | Case No. 3:11-cv-01036-WHA
18 |    Plaintiff and Counterclaim Defendant,         | **STIPULATION AND ORDER DISMISSING COMPLAINT AND COUNTERCLAIMS**
19 |    v.                                            |
20 | HON HAI PRECISION INDUSTRY CO., LTD., a Taiwan Corporation, and FOXCONN | 
21 | ELECTRONICS, INC., a California Corporation,     | The Hon. William Alsup
                                                       United States District Judge
22
   |    Defendants and Counterclaimants.              |
23

1  Plaintiff Lotes Co. Ltd. and Defendants Hon Hai Precision Industry Co. Ltd. and Foxconn
2  Electronics, Inc. (the "Parties") have reached an agreement to settle the claims and counterclaims
3  before the Court in this case.  Pursuant to that settlement agreement and Rule 41(a)(1)(A)(ii) of the
4  Federal Rules of Civil Procedure, the Parties stipulate to the dismissal of the claims and
5  counterclaims at issue in this case as follows:

6   1.  Plaintiff Lotes Co. Ltd.'s first, seventh, and eighth causes of action as identified in
7  its Third Amended Complaint [ECF No. 248] shall be dismissed WITH PREJUDICE;

8   2.  Plaintiff Lotes Co. Ltd.'s second, third, fourth fifth and sixth causes of action as
9  identified in its Third Amended Complaint [ECF No. 248] shall be dismissed WITHOUT
10 PREJUDICE;

11  3.  Each of Defendants Hon Hai Precision Industry Co. and Foxconn Electronics,
12 Inc.'s counterclaims [ECF No. 440] shall be dismissed WITH PREJUDICE.

13 **SO STIPULATED.**

14 Dated:  January 19, 2018

15                                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

16                                    By   */s/ James M. Chadwick*
17                                              JAMES M. CHADWICK
18                                    Attorneys for Plaintiff and Counterclaim
                                          Defendant LOTES CO., LTD.

19 Dated:  January 19, 2018
20                                    ORRICK, HERRINGTON & SUTCLIFFE LLP

21
22                                    By   */s/ Mark P. Wine*
                                                MARK P. WINE
23                                    Attorneys for Defendants and Counterclaim
                                      Plaintiffs HON HAI PRECISION INDUSTRY
24                                    CO., LTD. and FOXCONN ELECTRONICS,
                                                        INC.

**ATTORNEY'S E-FILING ATTESTATION**

As the attorney e-filing this document, and pursuant to General Order 45, I hereby attest that counsel for Defendants/Counterclaimants whose electronic signature appears above has concurred in this filing.

Dated: January 19, 2018

                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                              By       */s/ James M. Chadwick*
                                       JAMES M. CHADWICK
                               Attorneys for Plaintiff and Counterclaim
                                  Defendant LOTES CO., LTD.

**ORDER**

Based upon the stipulation of the parties and the Court's familiarity with this action, and good cause appearing,

1. Plaintiff Lotes Co. Ltd.'s first, seventh, and eighth causes of action as identified in its Third Amended Complaint [ECF No. 248] is hereby dismissed WITH PREJUDICE;

2. Plaintiff Lotes Co. Ltd.'s second, third, fourth fifth and sixth causes of action as identified in its Third Amended Complaint [ECF No. 248] is hereby dismissed WITHOUT PREJUDICE;

3. Each of Defendants Hon Hai Precision Industry Co. and Foxconn Electronics, Inc.'s counterclaims [ECF No. 440] is hereby dismissed WITH PREJUDICE.

**IT IS SO ORDERED**.

Dated: _____ 2017

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE